UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 15CR386-DMS |
| v. | |
| ABEL PINEDA, | **JUDGMENT AND ORDER ON MOTION TO DISMISS THE INDICTMENT** |
| Defendant. | |

Having considered the United States' Motion to Dismiss the Indictment against defendant Abel Pineda in this case pursuant to Fed. R. Crim. P. 48(a), the Court hereby grants the United States leave of court to dismiss. Accordingly, the Indictment against Abel Pineda is hereby dismissed without prejudice pursuant to Fed. R. Crim. P. 48(a).

IT IS SO ORDERED.

DATED:   April 21, 2015

HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

1